NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1352

### DUHN OIL TOOL, INC.,

Plaintiff-Appellee,

v.

### COOPER CAMERON CORPORATION,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of California in case no. 1:05-CV-1411, Senior Judge Oliver W. Wanger.

ON MOTION

O R D E R

Upon consideration of Duhn Oil Tool, Inc.'s unopposed motion for leave to file a supplemental appendix,

IT IS ORDERED THAT:

The motion is granted.  If the supplemental appendix has not already been filed, it is due within 7 days of the date of filing of this order.

FOR THE COURT

DEC 1 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  James M. Whitelaw, Esq.
     Charles J. Rogers, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 5 2009

JAN HORBALY
CLERK